UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORI A. BOYKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2146 RWS |
| ) | |
| METRO/BI-STATE DEVELOPMENT ) | |
| AGENCY, ) | |
| ) | |
| Defendant. ) | |

## SHOW CAUSE ORDER

This matter is before me on Defendant's motion to compel Plaintiff to provide Defendant with her Rule 26 disclosures. According to Defendant's motion, Plaintiff has failed to respond to Defendant's attempts to contact her to provide this information. I remind Plaintiff that she must adhere to the Federal Rules of Civil Procedure and the deadlines set forth in the Case Management Order in this matter.

**IT IS HEREBY ORDERED that** Plaintiff shall provide Defendant with her Rule 26 disclosures by **April 20, 2006**. Plaintiff shall also file by **April 20, 2006** a response with the Court stating why she should not be ordered to pay the cost incurred by Defendant's for the preparation of its motion to compel. **Plaintiff's failure to respond to this show cause order will result in the dismissal of her case for failing to comply with my orders.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of April, 2006.